Exhibit 3

October 2013

# Curriculum Vitae

NAME:                    Orley C. Ashenfelter

BUSINESS              Industrial Relations Section
ADDRESS:             Firestone Library
                           Princeton University
                           Princeton, New Jersey 08544-2098

BUSINESS PHONE:   609-258-4040

FAX NUMBER:        609-258-2907

PLACE OF BIRTH:    San Francisco, California

CURRENT               Joseph Douglas Green 1985 Professor of Economics
POSITION:
                                            And

                           Scientific Advisory Committee, Graduate School of
                           Economics, Barcelona
                           Co-editor, *Journal of Wine Economics*
                           Advisory Board, Stanford University, Institute for
                           Economic Policy Research
                           Advisory Board, Center for Economic Policy Studies,
                           Princeton University
                           Editorial Board, *Journal of Cultural Economics*
                           Editorial Committee, the *Economic and Labour Relations
                           Review* Editorial Board, the *Australian Bulletin of Labour*

PREVIOUS             President, American Economic Association, 2011
POSITIONS:           President, American Law and Economics Association, 2010
                           President, Society of Labor Economists, 2003
                           Section Editor, Economics, *International Encyclopedia of the Social
                           and Behavior Sciences*
                           Co-Editor, *American Law and Economics Review, 1999-2005*
                           Director, Industrial Relations Section, Princeton University
                           Co-editor, *American Economic Review*, 2001-2002.

Editor, *American Economic Review*, 1985-2001.
Meyer Visiting Research Professor, New York University School of Law, 1990.
Meeker Visiting Professor, University of Bristol, 1980-81.
Guggenheim Fellow, 1976-77.
Director, Office of Evaluation, U.S. Department of Labor, 1972-73.
Lecturer, Assistant Professor, and Associate Professor of Economics, Princeton University, 1968-72.

EDUCATION:    Claremont McKenna College, B.A. 1964

Princeton University, Ph.D. 1970

AWARDS AND HONORS:

Labor and Employee Relations Academic Fellow, 2010

Distinguished Fellow, American Economic Association, January, 2008.

Recipient of Karel Englis Honorary Medal, awarded by the Academy Council of the Academy of Science of the Czech Republic, May, 2007.

Society of Labor Economists' Jacob Mincer Award, June 4, 2005.

Corresponding Fellow of the Royal Society of Edinburgh, 2005.

IZA Prize in Labor Economics, 2003.

Doctor Honoris Causa, University of Brussels, November 29, 2002

Fellow, American Academy of Arts & Sciences, 1993-

Recipient of the Ragnar Frisch Prize of the Econometric Society, 1984.

Fellow, Econometric Society, 1977.

Guggenheim Fellowship, 1976-77.

BOOKS:

*Statistics and Econometrics: Methods and Applications*, (with Phillip Levine and David  Zimmerman), New York: J. Wiley, 2003.

*The Collected Essays of Orley C. Ashenfelter*, Volumes I – III, (edited by Kevin Hallock), Cheltenham, England: Edward Elgar Publishing Limited, 1997.

| | |
|---|---|
| Volume I | Employment, Labor Unions, and Wages |
| Volume II | Education, Training, and Discrimination |

Volume III        Economic Institutions and the Demand and Supply of
Labor

PUBLIC LECTURES:

Art Investment Forum, Shanghai, China, October 2013, "Trust and
Transparency in the Art Market," Keynote Speech.

Shanghai Jiao Tong University, Antai College of Economics and
Management, China, October 2013, "Comparing Real Wages".

Sotheby's Institute, London, May 2013, "Trust and Transparency in
the Art Market" Plenary Lecture, Conference on Art Markets.

U.S. Department of Labor, November 2012, "History of Program
Evaluation," presented at the 75th Anniversary Celebration and
Conference.

Washington State University, March 2011, "McWages, Cross
Country Comparison of Wages", 11th Annual Bertha C. and Roy E.
Leigh Distinguished Lecture in Economics.

American Bar Association, December 2010, "Presentation,
Conference on Labor Market Monopsony."

Yale University, November 2010, "Plenary Lecture, Conference on
Empirical Legal Studies."

San Francisco Federal Reserve Board, July 2010, "Expert Opinion."

Brigham Young University, April 2010, "McWages, Cross Country
Comnparison of Wages."

Stanford University, March, 2010, "Labor Markets and Their
Recovery."

Vanderbilt University, February 2010, "McWages, Cross Country
Comparison of Wages."

Law and Economics Workshop, University of California-Berkeley,
Berkeley, California, November 16, 2009, "The Effect of Mergers on
the Consumer Prices: Evidence from Five Mergers on the

Enforcement Margin."

District of Columbia Circuit Conference of the Federal Courts, Nemacolin Woods, Pennsylvania, Conference of the Third Circuit Judicial Court of Appeals, June 8, 2006, "How Not to Lie with Statistics."

Stanford Institute for Economic Policy Research, Stanford University, Stanford, California, May 30, 2006, "McWages: Cross-Country Comparison of Wages."

The Economics of Art and Culture in Honor of Victor Ginsburg, June 17, 2005, Brussels, Belgium, "Efficiency and Inefficiency in the Market for Bordeaux Wines."

David Hume Institute Lecture, Edinburgh, Scotland, March 24, 20005.  "The Evolution of the Global Labor Market: Change vs. Continuity."

J. Denis Sargan Lecture to the Royal Economietric Society, Nottingham, England, March 23, 2005, "The Value of a Statistical Life: Problems and Prospects."

Edmund Clarke Distinguished Lecture, October 15, 2004, Queens College, Ontario, "Evolution of the Global Labor Market: Change vs Continuity."

Wei Lun Lecture, December 14, 2000, The Chinese University of Hong Kong, "How Large Is the Economic Payoff to Education?"

Paul Hartman Memorial Lecture, November 1, 1995, University of Illinois at Champaign-Urbana, "How Credible is the Evidence Linking Education and Income?"

Jerome Levy Economics Institute Lecture, November 21, 1995, Bard College, "How Credible Are Estimates of the Economic Returns to Schooling?"

Ida Cordelia Beam Lecture, November 10, 1994, University of Iowa, "Does a College Degree Pay Off? Evidence from Data on Identical Twins."

42nd Joseph Fisher Lecture, October 12, 1993, Adelaide University, Adelaide, Australia, "How Convincing is the Evidence Linking Education and Income?"

Lecture to honor Gregg Lewis, October 29, 1992, Duke University, "The Economic Returns to Schooling from a New Sample of Twins."

George Seltzer Distinguished Lecture, October 6, 1991, Industrial Relations Center, University of Minnesota, "How Convincing Is The Evidence Linking Education and Income?"

University of Bristol, Bristol, England, December 6, 1990, "The Market for Fine Wine: Is It Economically Efficient or Is There a Sucker Born Every Minute"

PUBLICATIONS:

(with Hosken, Daniel; Weinberg, Matthew) "The Price Effects of a Large Merger of Manufacturers: A Case Study of Maytag-Whirlpool", February 2013, *American Economics Journal: Economic Policy*, 5(1), 239-261.

"Comparing real wage rates: Presidential address", National Bureau of Economic Research, Inc. Working Papers: 18006. *American Economic Review*, April 2012, 102(2), 617-642.

(with Gordon Dahl) "Bargaining and the role of expert agents: An empirical study of final-offer arbitration." *Review of Economics and Statistics*, February 2012, 94(1), 116-132.

(with Kathryn Graddy) *A Handbook of Culutural Economics*, Second Edition, Chapter 2 "Art Auctions", August 2011

"Foreward", *American Economic Review*, May 2011, v. 101, iss. 3, pp. x-xi

(with Kathryn Graddy) "Sales Rates and Price Movements in Art Auctions", *American Economic Review*, May 2011, v. 101, iss. 3, pp. 212-16

(with Hosken, Daniel; Vita, Michael; Weinberg, Matthew) "Retrospective Analysis of Hospital Mergers", *International Journal of the Economics of Business*, February 2011, v. 18, iss. 1, pp. 5-16

(with Kirk Doran and Bruce Schaller) "A Shred of Credible Evidence on the Long-run Elasticity of Labour Supply", *Economica,* October 2010, Vol. 77, issue 308, pages 637-650

"George E. Johnson", *Journal of Wine Economics,* vol. 5, no. 1, pg. 217, 2010

(with D. Hosken) "The Effect of Mergers on Consumer Prices: Evidence from Five Selected Case Studies", *Journal of Law and Economics,* August 2010, v. 53, iss. 3, pp. 417-66

(with K. Storchmann) "Measuring the Economic Effect of Global Warming on Viticulture Using Auction, Retail, and Wholesale Prices," *Review of Industrial Organization*, 2010, vol. 37, no. 1, 51-64

(with K. Storchmann) "Using Hedonic Models of Solar Radiation and weather to Assess the Economic Effect of Climate Change: The Case of Mosel Valley Vineyards, "*Review of Economics and Statistics*, May 2010, Vol. 92, No. 2, Pages 333-349

(with Henry Farber; Michael Ransom) "Labor Market Monopsony," *Journal of Labor Economics*, April 2010, v. 28, iss. 2, pp. 203-10

"Predicting the Quality and Prices of Bordeaux Wine," *Journal of Wine Economics*, Spring 2010, v. 5, iss. 1, pp. 40-52

(with John Pencavel) "Albert Rees and the 'Chicago School of Economics,'" in *Elgar Companion to the Chicago School of Economics*, edited by Ross B. Emmett, Edward Elgar, 2010.

(with Daniel Hosken and Matthew Weinberg) "Generating Evidence to Guide Merger Enforcement," in *Global Competition Policy,* vo. 5, no. 1, Spring 2009.

(with Richard E. Quandt and George M. Tabor) "Wine-Tasting Epiphany: An Analysis of the 1976 California vs. France Tasting," in *Wine and Philosophy*, edited by Fritz Allhoff, November 2007.

(with Stephen Ciccarella and Howard J. Schatz) "French Wine and the U.S. Boycott of 2003: Does Politics Really Affect Commerce?" July 2007, National Bureau of Economic Research Working Paper #13258. *Journal of Wine Economics*, Volume 2, No. 1, Spring 2007.

(with Kathryn Graddy) "Art Auctions" *Handbook of the Economics of Art and Culture*, edited by Victor Ginsburgh and David Throsby (Oxford, UK: Elsevier), vol. 1, 2006.

(with W. J. Collins and A.Yoon) "Evaluating the Role of Brown v. Board of Education in School Equalization, Desegregation and the Income of African Americans," *American Law and Economics Review*, vol. 8, no. 2, Summer 2006.

(with David Ashmore, Jonathan B. Baker, Suzanne Gleason and Daniel S. Hosken) "Empirical Methods in Merger Analysis: Econometric Analysis of Pricing in FTC v. Staples," *International Journal of the Economics of Business*, vol. 13, no. 2, July 2006. Reprinted in *Recent Developments in Monopoly and Competition Policy*, edited by George Norman (Edward Elgar Publishers: Cheltenham, UK) January 2008.

"George M. Tabor, Judgment of Paris: California vs. France and the Historic 1976 Paris Tasting That Revolutionized Wine," *Journal of Wine Economics*, vol. 1. no. 1 (Spring) 2006.

"Measuring the Value of a Statistical Life: Problems", *The Economics Journal*, vol. 118 (March) 2006.

(with Alan Krueger) "Estimates of the Economic Return to Schooling from a New Sample of Twins," in *Quantitative Social Science,* edited by Jacqueline Scott and Yu Xie, volume 1, part 6, October 2005.

"Predicting the Quality and Prices of Bordeaux Wines," in *Statistics: A Guide to the Unknown*, 4th edition, edited by Roxy Peck, et al., (Stamford, CT: Thomson), March 2005. Reprinted in the *Economic Journal*, vol. 118, no. 529, June, 2008.  Reprinted in the *Journal of Wine Economics*, vol. 5, no. 1, 2010.

(with Kathryn Graddy) "Anatomy of the Rise and Fall of a Price-Fixing Conspiracy: Auctions at Sotheby's and Christies'" *Journal of Competition Law & Economics*, vol. 1, no. 1, March 2005.

(with David Ashmore and Olivier Deschenes) "Do Unemployment Insurance Recipients Actively Seek Work? Evidence From Randomized Trials in Four U.S. States," *Journal of Econometrics*, vol. 125, no. 1, March 2005.

(with Junsen Zhang) "Introduction: The Chinese Labor Market: New Quantitative Studies," *Pacific Economic Review*, vol. 9, no. 3, October 2004.

(with Michael Greenstone), "Estimating the Value of a Statistical Life: The Importance of Omitted Variables and Publication Bias," *American Economic Association Papers and Proceedings*, vol. 94, no. 2, May 2004.

(with Michael Greenstone) "Using Mandated Speed Limits to Measure the Value of a Statistical Life," *Journal of Political Economy*, vol. 112, no. S1, February 2004.

(with Kathryn Graddy) "Auctions and the Price of Art," *Journal of Economic Literature*, vol. 41, no. 3, September 2003.

(with Victor Ginsburgh) "Economists Argue the Payments Are Unfair," *The Art Newspaper*, October 2003.

"Art Auctions," in *Handbook of Cultural Economics*, edited by Ruth Towse (Edward Elgar Publishers: Cheltenham, UK) May 2003.

(with David Card) "Did the Elimination of Mandatory Retirement Affect Faculty Retirement Flows?" *American Economic Review*, vol. 92, no. 4, September 2002.

"Comment on the Age Discrimination Example," *Jurimetrics Journal,* vol. 42, Spring 2002.

(with John Abowd) "Using Price Indicies and Sale Rates to Assess Short Run Changes in the Market for Impressionist and Contemporary Paintings," in *The Economics of Art Auctions*, Edited by G. Mosetto and M. Vecco, (Milan: F. Angeli Press, 2002).

"Economics Overview," in *International Encyclopedia of Economics*, (Oxford, UK: Elsevier Science Ltd., December 2001).

(with Alessandro Corsi) "Predicting Italian Wines Quality From Weather Data and Expert 'Ratings'," *Cahier Scientifique de 'Observatoire des Conjonctures Vincoles Europeenenes*, no. 4, July 2001.

(with Karl Storchmann) "The Quality of Vineyard Sites in the Mosel Valley of Germany," *Cahier Scientifique de 'Observatoire des Conjonctures Vincoles Europeenenes*, no. 4, July 2001.

(with Dean Hyslop) "Measuring the Effect of Arbitration on Wage Levels: The Case of Police Officers," *Industrial and Labor Relations Review*, vol. 54, no. 2, January 2001.

(with Phillip B. Levine) "Unemployment Insurance Appeals in the State of Wisconsin: Who Fights and Who Wins?" *Research in Employment Policy*, vol. 2, 2000; *Long-Term Unemployment and Reemployment Policies*, Volume 2, edited by Laurie J. Bassi and Stephen Woodbury, (Stamford, CT: JAI Press.)

"Liquid Assets," *Optimus: The Magazine for the Private Investor*, vol. 2, 2000.

(with Gregory Jones) "The Demand for Expert Opinions: Bordeaux Wine," *Cahier Scientifique de 'Observatoire des Conjonctures Vincoles Europeenenes*, no. 3, March 2000.

"Orley Ashenfelter," in *Exemplary Economists,* Volume 1, edited by Roger E. Backhouse and Roger Middleton, (Cheltenham, United Kingdom: Edward Elgar Publishing, Ltd. 2000).

(with Cecilia Rouse) "Schooling, Intelligence, and Income in America: Cracks in the Bell Curve," *Meritocracy and Inequality*, edited by Kenneth Arrow, Steven Durlauf, and Samuel Bowles, (Princeton, NJ: Princeton University Press, 2000).

(with Colm Harmon and Hessel Oosterbeek) "A Review of Estimates of the Schooling/Earnings Relationship, with Tests for Publication Bias," *Labour Economics*, vol. 6, 1999.

"Paul Samuelson Teaching Federal Judges," *Journal of Economics Education*, vol. 30, no.4, Fall 1999.

(with Richard E. Quandt) "Analyzing a Wine Tasting Statistically (Wherein we rigorously analyze the famous 1976 Paris Tasteoff!)," *Chance*, vol. 12, no. 3, Summer 1999.

"Arbitration," in *The New Palgrave Dictionary of Economics and the Law*, edited by Peter Newman, (London, United Kingdom: Macmillian Reference Ltd., 1998).

(with Cecilia Rouse) "Income, Schooling and Ability: Evidence From A New Sample of Identical Twins," The *Quarterly Journal of Economics*, vol. 113, no. 1, February 1998, reprinted in *Income Distribution*, edited by Michael Sattinger, (Cheltenham, England: Edward Elgar Publishing Ltd., 2001).

(with David Ashmore and Randall Filer) "Contract Form and Procurement Costs: The Impact of Compulsory Multiple Contractor Laws in Construction," *Rand Journal of Economics*, vol. 28, no. 0, 1997, S5-S16.

(with David Zimmerman) "Estimates of the Returns to Schooling From Sibling Data: Fathers, Sons, Brothers," *The Review of Economics and Statistics*, vol. 79, no. 1, February 1997.

(with Robert LaLonde) "The Economics of Training," in *The Human Resource Management Handbook*, edited by David Lewin, Daniel Mitchell, and Mahmood Zaidi, (JAI Press, 1997).

(with Kevin Hallock) "Bibliography," *in Labor Market Discrimination, Labor Mobility, and Compensating Wage Differentials: Labor Economics*, Volume IV, (Cheltenham, England: Edward Elgar Publishing Ltd., 1995).

(with David Ashmore and Robert LaLonde) "Wine Vintage Quality and the Weather: Bordeaux," *Chance*, Fall 1995.

(with Theodore Eisenberg and Stewart Schwab) "Politics and the Judiciary: The Influence of Judicial Background on Case Outcomes," *Journal of Legal Studies*, vol. 24, no. 2, June 1995.

(with Ray Byron) "Predicting the Quality of the Unborn Grange," *The Economic Record*, Australia, vol. 71, no. 212, March 1995: 40-53.

(with Alan Krueger) "Estimates of the Economic Return to Schooling From A New Sample of Twins," *American Economic Review*, vol. 84, no. 5, December 1994. Reprinted in SAGE Benchmarks in Social Research Methods

"Have We Underinvested in Education?," *The Changing Distribution of Income in an Open U.S. Economy,* edited by Jeffrey Bergstrand, Thomas Cosimano, John Houck and Richard Sheehan, (North-Holland Publishing, 1994).

"How Convincing is the Evidence Linking Education and Income?" *Labour Economics and Productivity*, vol. 6, (1994) pp. 1-12. *In Australia's Economy in its International Context*, Volume 2 1950-2001, edited by Kym Anderson, (Adelaide, Australia: Centre for International Economic Studies, 2001), 366-374.

(with Janet Currie, Henry S. Farber and Matthew Spiegel) "An Experimental Comparison of Dispute Rates in Alternative Arbitration Systems,"*Econometrica*, vol. 60, no. 6, November 1992: 1407-1433.

(with David Genesove) "Testing For Price Anomalies in Real Estate Auctions," *American Economic Review*, vol. 82, no. 2, May 1992, 501-505.

(with Ronald L. Oaxaca) "Labor Market Discrimination and Economic Development," in *Unfair Advantage Labor Market Discrimination in Developing Countries*, edited by Nancy Birdsall and Richard Sabot, (Washington, DC: The World Bank, 1991): 35-53.

(with Janet Currie) "Negotiator Behavior and the Occurrence of Disputes," *American Economic Review*, vol. 80, no. 2, May 1990: 416-20.

"Albert Rees: Teacher, Scholar, Public Servant," *Journal of Labor Economics*, vol. 8, no. 2, Part 2, January 1990, S1-S3.

(with Mark W. Plant) "Non-Parametric Estimates of the Labor Supply Effects of Negative Income Tax Programs," *Journal of Labor Economics*, vol. 8, no. 1, Part 2, January 1990.

"Evidence on U.S. Experiences with Dispute Resolution Systems," in *Organized Labor at the Crossroads*, edited by Wei-Chiao Huang, (Kalamazoo, Michigan: W.E. Upjohn Institute, 1989).

"How Auctions Work for Wine and Art," *Journal of Economic*

*Perspectives,* vol. 3, no.3, Summer 1989, 23-36.

(with Ronald Oaxaca) "The Economics of Discrimination: Economists Enter the Courtroom," *American Economic Review*, vol. 77, no. 2, May 1987, 321-25.

"The Case for Evaluating Training Programs with Randomized Trials," *Economics of Education Review*, vol. 6, no. 4, 1987, 333-338.

"Arbitration and Negotiation Process," *American Economic Review*, vol. 77, no. 2, May 1987, 342-46.

(with D. Sullivan) "Nonparametric Tests of Market Structure: An Application to the Cigarette Industry," *Journal of Industrial Economics*, vol. 35, no. 4, June 1987, 483-98.

(with T. Hannan) "Sex Discrimination and Market Concentration: The Case of the Banking Industry," *Quarterly Journal of Economics*, vol. C1, Issue 1, February 1986, 149-73.

(with J. Brown) "Testing the Efficiency of Employment Contracts," *Journal of Political Economy*, vol. 94, no. 3, 1986, S40-S87.

(with D. Card) "Why Have Unemployment Rates in Canada and the United States Diverged?" *Economica*, vol. 53, 1986, S171-S195.

(with D. Card) "Using the Longitudinal Structure of Earnings to Estimate the Effect of Training Programs," *Review of Economics and Statistics*, vol. 67, no. 4, 1985, 648-60.

"Macroeconomic Analyses and Microeconomic Analyses of Labor Supply," *Carnegie-Rochester Conference Series on Public Policy*, vol. 21, 1984, 117-56.

(with D. Bloom) "Models of Arbitrator Behavior: Theory and Evidence," *American Economic Review,* vol. 74, no. 1, March 1984, 111-24.

(with D. Bloom) "The Pitfalls in Judging Arbitrator Impartiality by Win-Loss Tallies Under Final Offer Arbitration," *Labor Law Journal*, vol. 34, no. 8, August 1983, 534-39; reprinted in Proceedings of the

1983 Spring Meeting of the Industrial Relations Research
Association.

"Determining Participation in Income-Tested Social Programs,"
*Journal of the American Statistical Association*, vol. 78, no. 383
*Evaluation Studies Review Annual*, vol. 10, 1985.September 1983,
517-25, reprinted in L. Aiken and B. Kehrer,

(with J. Abowd), "Compensating Wage and Earnings Differentials for
Employer Determined Hours of Work," August, 1983.

(with R. Layard) "Incomes Policy and Wage Differentials,"
*Economica*, vol. 50 May 1983, 127-43.
"The Withering Away of a Full Employment Goal," *Canadian Public
Policy*, vol. 9, no. 1, March 1983, 114-25.

(with D. Card) "Time-Series Representation of Economic Variables
and Alternative Models of the Labor Market," *Review of Economic
Studies*, vol. 49, Special Issue, 1982, 761-81; reprinted in
*Foundations of Probability, Econometrics and Economic Games*,
edited by Omar F. Hamouda and J. C. Rowley.

(with G. Solon) "Employment Statistics: The Interaction of
Economics and Policy," The *American Economic Review*, vol. 77, no.
2, May 1982, 233-236.

(with G. Solon) "Longitudinal Labor Market Data: Sources, Uses and
Limitations," in *What's Happening to American Labor Force and
Productivity Measurements?*, National Council on Employment
Policy, 1982; revised as Industrial Relations Section Working Paper
No. 155, September 1982.

"The Economic Impact of an Older Population: A Brief Survey," in
*Aging: A Challenge to Science and Society*, vol. 2 of *Medicine and
Social Science*, (Oxford: Oxford University Press, 1981): 333-40.

(with J. Abowd) "Anticipated Unemployment, Temporary Layoffs,
and Compensating Wage Differentials," in *Studies in Labor Markets*,
edited by Sherwin Rosen, (Chicago: University of Chicago Press for
the National Bureau of Economic Research, 1981), 141-70.

(with J. Altonji) "Wage Movements and the Labour Market

Equilibrium Hypothesis," *Economica*, vol. 47, no. 187, August 198: 217-45.

"Commentary on Firm Size, Market Structure and Worker Satisfaction," in *The Economics of Firm Size, Market Structure and Social Performance*, edited by J. Siegfried, 1980.

"Unemployment as Disequilibrium in a Model of Aggregate Labor Supply," *Econometrica*, vol. 48, no. 3, April 1980, 217-245.

"Estimating the Effect of Training Programs on Earnings," *Review of Economics and Statistics*, vol. 60, no. 1, February 1978, 47-57; reprinted in *Evaluating Manpower Training Programs*, edited by F. Bloch, 1979; and in *Evaluation Studies Review Annual*. vol. 5 edited by Stromsdorfer and Farkus, 1980.

(with J. Ham) "Education, Unemployment and Earnings," *Journal of Political Economy*, vol. 87, no. 51, October 1979, S99-S116.

(with M. Abbott) "Labour Supply, Commodity Demand, and the Allocation of Time Correction," *Review of Economic Studies*, vol. 46, July 1979, 576-79.

(with R. Smith) "Compliance with the Minimum Wage Law," *Journal of Political Economy*, vol. 87, no. 21, April 1979, 330-50.

"What Do Teenage Unemployment Statistics Measure?" Supplementary Papers from the Conference on Youth Unemployment: Its Measurement and Meaning, Washington, DC: US Government Printing Office, October 1978, 37-55.

"What Do Teenage Unemployment Statistics Measure?" Supplementary Papers from the Conference on Youth Unemployment: Its Measurement and Meaning, Washington, DC: US Government Printing Office, October 1978, 37-55.

"Current European Manpower Policies, July 1978" and "Some Highlights of Papers from the Conference on European Manpower Policies," in *European Labor Market Policies*, National Commission for Manpower Policy, Special Report No. 27, September 1978, 5-26.

"What is Involuntary Unemployment?" in *Proceedings of the*

*American Philosophical Society*, vol. 122, no. 3 June 1978, 135-38.

Union Relative Wage Effects: New Evidence and a Survey of Their Implications for Wage Inflation," in *Econometric Contributions to Public Policy*, edited by R. Stone and W. Peterson, (New York: St. Martins Press, 1978), 31-63.

"Evaluating the Effects of the Employment Tax Credit," in Conference Report on Evaluating the 1977 Economic Stimulus Package, (Washington, DC: US Government Printing Office, 1978).

"The Labor Supply Response of Wage Earners," in *Welfare in Rural Areas: North Carolina-Iowa Income Maintenance Experiment*, edited by J. Palmer and J. A. Pechman, (Washington: Brookings Institution, 1978), 109-48.

"Unemployment as a Constraint on Labor Market Behavior," in *Contemporary Economic Analysis*, edited by M. J. Artis and A. R. Nobay, (London: Croon Helm for the Association of University Teachers of Economics, 1978), 149-81.

"Demand and Supply Functions for State and Local Employment: Implications for Public Employment Programs," in *Essays in Labor Market Analysis. In Memory of Yochanan Peter Comay*, edited by O. Ashenfelter and W. Oates, (New York: John Wiley & Sons, 1978), 1-16.

"Will the Real Conventional Theory of Income Distribution Please Stand Up?" *Social Science Quarterly*, vol. 58, no. 1, June 1977, 147-50.

"Comments on 'Black/White Male Earnings and Employment," in *The Distribution of Economic Well-Being*, edited by F. T. Juster, (Cambridge, MA: Ballinger Publishing Co. for the National Bureau of Economic Research, 1977), 296-98.

(with M. Abbott) "Labour Supply, Commodity Demand, and the Allocation of Time," *Review of Economic Studies*, vol. 43, October 1976, 389-411.

Comment on "Does the Contract Compliance Program Work?" in *Industrial and Labor Relations Review*, vol. 29, no. 4, July 1976,

577-80.

(with J. Pencavel) "A Note on Measuring the Relationship Between Changes in Earnings and Changes in Wage Rates," *British Journal of Industrial Relations*, vol. 14, no. 1, March 1976, 70-76.

"Notes on the Interpretation of Urban Density Functions," *The Journal of Urban Economics*, vol. 3, January 1976, 82-87.

(with J. Heckman), "Measuring the Effect of an Antidiscrimination Program," in *Evaluating the Labor Market Effects of Social Programs*, edited by O. Ashenfelter and J. Blum, (Princeton, NJ: Princeton University Press, 1976), 46-89.

(with J. Pencavel) "Estimating the Effects on Cost and Price of the Elimination of Sex Discrimination: The Case of Telephone Rates," in *Some New Perspectives on Equal Employment Opportunity: The A.T. & T. Case*, edited by Phyllis Wallace, (Cambridge, MA: MIT Press, 1976), 111-22.

(with S. Kelley) "Determinants of Participation in Presidential Elections," *Journal of Law and Economics*, vol.18, no. 3, December 1975, 695-733.

(with J. Pencavel) "Wage Changes and the Frequency of Wage Settlements," *Economica*, May 1975, 162-70.

"The Effect of Manpower Training on Earnings: Preliminary Results," Proceedings of the 27th Annual Meeting of the Industrial Relations Research Association, 1974, reprinted in *Monthly Labor Review*, April 1975.

(with R. Ehrenberg) "The Demand for Labor in the Public Sector," in *Labor in the Public and Nonprofit Sectors*, edited by D. Hamermesh, (Princeton, NJ: Princeton University Press, 1975), pp. 55-84; condensed and reprinted in *Public Sector Labor Relations: Analysis and Readings*, edited by D. Lewin, et al., (Glen Ridge, NJ: Thomas Horton and Daughters. 1977), 30-36.

"Blacks and Trade Unionism," Integrateducation, May-June 1975: 53-59; from a transcript of Hearings before the New York Commission on Human Rights, May 1974.

"Comments on 'Labor Market Discrimination: Analysis, Findings, and Problems,'" in Volume 2 of *Frontiers of Quantitative Economics*, edited by M. Intriligator and D. Kendrick, (Amsterdam: North Holland Press, 1974), 556-59.

(with J. Heckman) "The Estimation of Income and Substitution Effects in a Model of Family Labor Supply," *Econometrica*, vol. 42, no. 1, January 1974, 73-85.

"Comment on 'Child Quality and the Demand for Children,'" *Journal of Political Economy*, vol. 81, no. 2, March-April 1973, pp. S96-S98; reprinted in *Economics of the Family*, edited by T. W. Schultz, 1974.

"Discrimination and Trade Unions," in *Discrimination in Labor Markets*, edited by O. Ashenfelter and A. Rees, (Princeton, NJ: Princeton University Press, 1973), 88-112; reprinted in *Readings in Labor Economics and Labor Relations*, edited by Reynolds, Masters and Moser, 1974, 432-443.

(with J. Heckman) "Estimating Labor Supply Functions," in *Income Maintenance and Labor Supply*, edited by G. Cain and H. Watts, (Madison, WI: University of Wisconsin Institute on Poverty Research, 1973, 265-78.

(with J. Pencavel) "American Trade Union Growth, 1900-1960: A Rejoiner," *Quarterly Journal of Economics,* vol. 86, no. 4, November 1972, 691-2.

(with G.E. Johnson) "Unionism, Relative Wages, and Labor Quality in U.S. Manufacturing Industries," *International Economic Review*, vol. 13, no.3, October 1972, 488-508.

"Racial Discrimination and Trade Unionism," *Journal of Political Economy*, vol. 8, no. 3, May-June 1972, 435-64.

(with G.E. Johnson and J. H. Pencavel) "Trade Unions and the Rate of Change of Money Wages in U.S. Manufacturing," *The Review of Economic Studies,* vol. 39, no. 1, January 1972, 27-54.

(with L. Godwin) "Some Evidence on the Effect of Unionism on the Average Wage of Black Workers Relative to White Workers, 1900-

1967," Proceedings of the 24th Annual Winter Meeting of the Industrial Relations Research Association, 1971, 217-24.

(with M.K. Taussig) "Discrimination and Income Differentials: Comment," *American Economic Review*, vol. 61, no. 4, September 1971, 746-50.

"The Effect of Unionization on Wages in the Public Sector: The Case of Fire Fighters," *Industrial and Labor Relations Review*, vol. 24, no. 2, January 1971, 191-202.

"Changes in Labor Market Discrimination Over Time," *The Journal of Human Resources*, vol. 5, no. 4, Fall 1970, 403-30.

(with J. H. Pencavel) "American Trade Union Growth," *Quarterly Journal of Economics*, vol. 83, August 1969, 434-48.

(with G.E. Johnson) "Bargaining Theory, Trade Union, and Industrial Strike Activity," *American Economic Review*, vol. 59, no. 1, March 1969, 35-49; reprinted in Bobbs-Merril Reprint Series in *Economics*.

"Some Statistical Difficulties in Using Dummy Dependent Variables," Appendix A in *The Economics of Labor Force Participation*, edited by W.G. Bowen and T.A. Finegan, (Princeton, NJ: Princeton University Press, 1969), 644-48.

(with J.D. Mooney) "Some Evidence on the Private Returns to Graduate Education," *Southern Economic Journal*, vol. 35, no. 3, January 1968, 247-56, reprinted in *Human Capital Formation and Manpower Development*, edited by R. Wykstra, 1971.

(with J.D. Mooney) "Graduate Education, Ability and Earnings," *Review of Economics and Statistics*, vol. 50, no. 1, February 1968, 78-86.

(with Wm. Pierce) "Industrial Conflict: The Power of Prediction," *Industrial and Labor Relations Review*, vol. 20, October 1966, 92-95.

**BOOKS EDITED:**

(with David Card) *Handbook of Labor Economics*, Volume IV A & B, (Elsevier Science, North Holland, 2010).

(with Radha Iyengar)  "Economics of Commercial Arbitration and Dispute Resolution", 2009, pp. ix-xv, An Elgar Reference Collection. Economic Approaches to Law, vol. 21. Cheltenham, U.K. and Northampton, Mass.: Elgar

(with D. Card) *Handbook of Labor Economics*, Volumes I - III, (Elsevier Science, North Holland, 1999).

*Worth Series in Outstanding Contributions: Labor Economics*, (Worth Publishing Inc., New York, NY, 1999).

(with R. LaLonde) *The Economics of Training I and II*, (Edward Elgar Publishing Limited, Cheltenham, England, 1996).

(with Kevin Hallock) *Labor Economics, Volumes I - IV*, (Edward Elgar Publishing Limited, Cheltenham, England, 1995).

| | |
|---|---|
| Volume I | -- Labor Supply and Demand |
| Volume II | --  Employment, Wages, and Education |
| Volume III | --  Unemployment, Trade Unions, and Dispute Resolution |
| Volume IV | --  Labor Market Discrimination, Labor Mobility, and Compensating Wage |

"Discussion," in *Lessons From the Income Maintenance Experiments*, edited by A. H. Munnel, (Federal Reserve Bank of Washington and Brookings Institution, 1986).

(with L. J. Bassi) "The Effect of Direct Job Creation and Training Programs on Low Skilled Workers," in *Fighting Poverty: What Works and What Doesn't*, S. H. Danzinger and D. H. Weinberg, (Cambridge, MA: Harvard University Press, 1986), 133-51.

(with R. Layard) *Handbook of Labor Economics*, 2 Volumes, (Amsterdam: North Holland Press, 1986). Translated to Spanish.

(with W. Oates) *Essays in Labor Market Analysis. In Memory of Yochanan Peter Comay*. (New York: John Wiley & Sons for Halsted

Press, 1978).

(with L. Hausman, B. Rustin, R. Schubert and D. Slaiman) *Equal Rights and Industrial Relations*. (Industrial Relations Research Association, 1977).

(with J. Blum) *Evaluating the Labor Market Effects of Social Programs*. (Princeton, NJ: Princeton University Industrial Relations Section, 1976).

 (with W.G. Bowen) *Labor and the National Economy*. Revised edition, (New York: W.W. Norton, 1975).

(with A. Rees) *Discrimination in Labor Markets*. (Princeton, NJ: Princeton University Press).


BOOKS REVIEWED:

"Economic history or history of economics?" *Review of Grand Pursuit: The Story of Economic Genius*, Center for Economic Policy Studies, Working Papers: 1365. *Journal of Economic Literature*, March 2012, 50(1), 96-102.

Review of *Last Call: The Rise and Fall of Prohibition* by Daniel Okrent, *Journal of Wine Economics*, Volume 5, Issue 2, Pages 339–347. Also Barron's October 4, 2010, 90(40), 40-40.

Review  of *In Search of Bacchus* by George M. Taber, *Barron's* October 5, 2009, 89(40), 40-40.

Review of *The Billionaire's Vinega*r by Benjamin Wallace, *Barron's* July 7, 2008.

Review of *Wine into Words: A History and Bibliography of Wine Books in the English Language* by James M. Gabler, *Journal of Wine Economics*, vol. 2, no. 2, (Fall 2007), 213-225

Review of *Judgment of Paris* by George Taber, *Barron's* September 5, 2005.

Review of *Hollywood Economics* by Arthur DeVany.
*Barron's* December 6, 2004.

Review of *The Far Side of Eden* by James Conaway.
*Barron's* May 11, 2003.

Review of *The Future of Success* by Robert B. Reich.
*Financial Times* (London), February 27, 2001.

Review of *The National Supported Work Demonstration*
by R. Hollister, et al. *Journal of Economic Literature*, 24
(September 1986), 1268-70.

Review of *Dangerous Currents* by L. Thurow. *National
Review* (April 6, 1984), 53-55.

Review of *Jobs for Disadvantaged Workers: The
Economics of Employment Subsidies* by R. Haveman and
J.L. Palmer. *Journal of Economic Literature*, 21
(September 1983), 1039-41.

Review of *Collective Bargaining and Industrial
Relations* by T.A. Kochan. *Industrial Relations*, 21,
(Winter 1982), 73-78.

Review of *The Regulatory Process and Labor Earnings*
by R. Ehrenberg. *Journal of Political Economy*, 89,
(June 1981), 601-03.

Review of *Union Growth and the Business Cycle* by
G.S. Bain and F. Elsheikh. *Economica*, 45, (August
1978), 319-320.

Review of *Economic Forecasting* by H. O. Stekler.
*Journal of Finance*, 26, (June 1971), 816-17.

Review of *Still a Dream: The Changing Status of Blacks
Since 1960* by Sar Levitan, et al. *Monthly Labor Review*,
98 (December 1975), 66-67.

Review of *Patterns of Racial Discrimination* by G. von Furstenburg, et al. *Journal of Economic Literature* (December 1975), 1372-74.

UNPUBLISHED PAPERS:

(with K. Graddy) "Regularities and Anomalies in Art Auctions" March 2003.

(with K. Graddy and M. Stevens) "A Study of Sale Rates and Prices in Impressionist and Contemporary Art Auctions," October, 2000.

(with S. Jurajda) "Cross-Country Comparisons of Wage Rates: The Big Mac Index," August 2000.

(with C. Rouse) "The Payoff to Education," August 1999.

(with N. Thurston) "Mink Markets: Price Determination, Pre-Sale Valuation and Seller-Specific Effects," Instituto y Universidad Torcuato Di Tella Seminar, September 1998.

(with P. B. Levine and S. Skeath) "Practicing Safe Game Theory: An Empirical Test of a Prisoners' Dilemma in Unemployment Insurance Disputes," July 1998.

(with D. Ashmore, J.B. Baker and S. M. McKernan) "Identifying The Firm-Specific Cost Pass-Through Rate," Federal Trade Commission, Bureau of Economics, Working Paper No. 217.

(with A. Papandreou and N. Papandreou) "Weather and the Quality of the Vintage for Greek Red Wines," October, 1997.

"The Hedonic Approach to Vineyard Site Selection," September, 1997.

(with K. Graddy) "An Empirical Study of Sale Rates and Prices in Impressionist and Contemporary Art Auctions," August, 1997.

(with J. Dow, D. Gallagher and D. Hyslop) "Arbitrator and Negotiator Behavior Under an Appellate System," August 1997.

(with C. Rouse) "How Convincing Is The Evidence Linking Education and Income?" October, 1995.

(with J. Waldfogel) "Bargaining in the Shadow of the Judge: Empirical Tests," Prepared for the American Association of the Advancement of Science, Boston, February 11-16, 1993.

(with D. Bloom) "Lawyers as Agents of the Devil in a Prisoner's Dilemma Game," September 1990. Princeton University Industrial Relations Section Working Paper #270, NBER Working Paper No. 4447, September, 1993.

(with J. Abowd) "Art Auctions: Price Indexes and Sale Rates for Impressionist Paintings," January 1988.

(with D. Card) "Using Longitudinal Data to Estimate Reemployment Effects of the Minimum Wage," Draft, (May, 1981).

"Minority Employment Patterns" 1966, Prepared for the U.S. Equal Employment Opportunity Commission and OMPER of the Department of Labor.

TESTIMONY BEFORE CONGRESS:

Hearings before the Committee on the Budget, House of Representatives, "Outlook and Budget Levels for FY 1979-80," 96th Congress: 645-659.

OTHER ACTIVITIES:

Member, URB Institutional Review Panel for Human Subjects Committee, July, 2007.

Selection Committee, Frisch Medal, 2004.

President, Society of Labor Economists, 2003.

Chairman, Frisch Medal Selection Committee, 2003

Advisory Committee of the Center for Arts and Cultural Policy Studies, Princeton University, 2002-

First Vice President, The Society of Labor Economists, 2002.

Associate Editor, *Journal of Population Economics*, 2001-

Member, Executive and Supervisory Committee, CERGE/EI, Charles University, Prague, Czech Republic, 2001- 2007.

Advisory, Job Opportunity Index National Advisory Board, 2001 – 2003.

Second Vice President, The Society of Labor Economists, 2001

Member, Editorial Board, *Contemporary Economic Policy*, 2000- 2001.

Member, Advisory Board, Stanford Institute for Economic Policy Research, 1999 -

Member, Center for Law and Public Affairs, 1999 -

Board Member, American Foundation for the Center for

Graduate Education/Economics Institute of the Charles University, Prague, Czech Republic, 1999 – Chairman, 1999-2006.

Member, Board of Editors, *Australian Economic Review* 1997 -

Member, Board of Trustees, Center for Advanced Study in the Behavioral Sciences, Stanford University, 1994-2000.

Member, Committee on Fellowships and Special Projects, Center for Advanced Study in the Behavioral Sciences, Stanford University, 1994-2000.

Member, Board of Directors, American Law and Economics Association, 1994 – 1996.

Faculty Member, Law and Economics Center, George Mason University, Advanced Course for Federal Judges on Statistics, Econometrics, and Financial Data, 1979-

Faculty Member, Law and Economics Center, George Mason University, Economics Institute for Federal Judges, 1982 -

Faculty Member, "Statistics and Expert Testimony," The Federal Judicial Center, 1985.

Faculty Member, "Economics and Expert Testimony," The Federal Judicial Center, 1984.

Benjamin Meeker Visiting Professor, University of Bristol, 1981.

Visiting Scholar, Federal Reserve Bank of Philadelphia, 1979-80.

Recipient of the Ragnar Frisch Prize of the Econometric Society, 1984.

Member, Board of Editors, *Journal of Labor Economics*, 1983-2008

Member, Board of Editors, *Pakistan Development Review*, 1981-1985.

Member, Board of Editors, *Journal of Labor Research*, 1980-89.

Member, Board of Editors, *Journal of Urban Economics*, 1974-1978.

Member, Advisory Board, *Ricerche Economiche: An International Review of Economics*, 1992 – 1993.

Member, Advisory Board, *Labour Economics: An International Journal*, 1992-1997.

Member, Advisory Council of the Cornell Institute for Labor Market Policies, 1991- 2000.

Member, Advisory Board, Center for Economic Policy Research, Stanford University, 1984-1999.

Member, Executive Committee, Conference on Research in Income and Wealth, National Bureau of Economic Research, 1982-1989.

Member, Macro Advisory Panel, National Commission for Employment Policy, 1980-81.

Member, Advisory Board, Institute of Labor Management Relations, Rutgers University, 1979-2001.

Member, Advisory Panel of the American Economic Association to the National Commission on Employment and Unemployment Statistics, 1978-81.

Member, Panel of Statisticians for the National Commission on Employment and Unemployment Statistics, 1977-81.

Fellow, Econometric Society, 1977.

Guggenheim Fellowship, 1976-77.

Orley C. Ashenfelter
Sworn Testimony in the Past Four Years                                        03/19/2014

In Re Petition of Pandora Media, Inc., Related to United States of America v. American
                    Society of Authors and Composers ("ASCAP")

Testimony:            Statistical analysis of the levels of music use on Pandora Media
                      and commercial radio.

Jurisdiction:         Southern District of New York

Caption:              12 Civ. 8035 (DLC) (MHD)

Retained by:          ASCAP

Deposition:           November 2013


In Re Electronic Books Antitrust Litigation

Testimony:            Statistical analysis of the effect of an alleged conspiracy on prices
                      and quantities sold in the market for e-books.

Jurisdiction:         Southern District of New York

Caption:              12 CV 03394 (DLC)

Retained by:          Plaintiff states

Deposition:           March 2013

Trial:                June 2013


Ross, et al. V. Bank of America et al..

Testimony:            Rebuttal analysis of whether the plaintiffs' expert established that a
                      subclass was harmed by the inclusion of an arbitration provision in
                      a consumer contract.

Jurisdiction:         Southern District of New York

Caption:              05 CV 07116 (WHP)

Retained by:          Discover Bank

Deposition:           October 2010